# EXHIBIT 1

US00D763684S

(12) **United States Design Patent**          (10) **Patent No.:**          **US D763,684 S**

O'Neill                                                       (45) **Date of Patent:**      ** **Aug. 16, 2016**

(54) **PACKAGING**

(71) Applicant: **SUGARFINA, LLC**, Inglewood, CA (US)

(72) Inventor: **Rosie Colleen O'Neill**, Los Angeles, CA (US)

(73) Assignee: **Sugarfina, LLC**, Inglewood, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/557,992**

(22) Filed: **Mar. 14, 2016**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 29/499,564, filed on Aug. 15, 2014.

(51) **LOC (10) Cl.** ............................................... **09-03**

(52) **U.S. Cl.**
USPC ........................................................ **D9/432**

(58) **Field of Classification Search**
USPC ................. D9/414–415, 417, 418, 420–427, D9/430–434, 634, 721, 783–744, 751, 756, D9/759, 760; D3/272, 273, 302, 304–309, D3/315; D7/601, 602, 609, 619.1, 630
CPC ........ B65D 5/00–5/02; B65D 5/0209–5/0272; B65D 5/029; B65D 5/40; B65D 5/72; B65D 5/727

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,162,840 | A | 12/1879 | Wood |
| D36,435 | S | 7/1903 | Daggett |
| 1,588,857 | A | 6/1926 | Sherman |
| 1,620,789 | A | 3/1927 | Urban |
| 1,994,159 | A | 3/1935 | Wurzburg |
| 2,541,173 | A | 2/1951 | Arlington |
| 2,604,980 | A | 7/1952 | Reid |
| 2,751,135 | A | 6/1956 | Kessler |
| 2,790,589 | A | 4/1957 | Arlington |
| 3,423,006 | A | 1/1969 | Stedman |
| 3,660,934 | A | 5/1972 | Pollack et al. |
| D242,771 | S | 12/1976 | Papillon |
| D317,717 | S * | 6/1991 | Carol ............................ D9/418 |
| D317,718 | S * | 6/1991 | Carol ............................ D9/418 |
| D426,902 | S * | 6/2000 | Hardy ........................... D26/11 |
| D603,720 | S | 11/2009 | Cesare et al. |
| D609,116 | S * | 2/2010 | Kim ............................. D9/721 |
| 7,757,843 | B2 | 7/2010 | Katsis |
| D657,284 | S * | 4/2012 | Young ........................ D11/121 |
| D691,900 | S * | 10/2013 | Kraus .......................... D9/721 |
| D704,550 | S * | 5/2014 | Mattila ........................ D9/432 |
| D706,627 | S * | 6/2014 | Olsson ......................... D9/432 |
| D731,323 | S * | 6/2015 | O'Neill ........................ D9/721 |

* cited by examiner

*Primary Examiner* — Vy Koenig

(74) *Attorney, Agent, or Firm* — Paul D. Chancellor; Ocean Law

(57) **CLAIM**

The ornamental design for a packaging, as shown and described.

**DESCRIPTION**

FIG. **1** is an exploded perspective view of a packaging showing my new design;
FIG. **2** is a perspective view thereof in a partially assembled condition of use, shown without the unclaimed insert for clarity of illustration;
FIG. **3** is a side view thereof;
FIG. **4** is a top view thereof;
FIG. **5** is front view thereof; and,
FIG. **6** is a rear view thereof.
The broken lines shown represent unclaimed subject matter and form no part of the claimed design. The shade lines shown represent surface shading and not surface ornamentation.

**1 Claim, 3 Drawing Sheets**





*FIG. 1*



FIG. 2



FIG. 3



*FIG. 4*





*FIG. 5*          *FIG. 6*

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-963-482**

**Effective Date of Registration:**
August 08, 2014

## Title _____

**Title of Work:**   Sugarfina Bento Box Open View 1

## Completion/Publication _____

**Year of Completion:**   2013
**Date of 1st Publication:**   November 22, 2013
**Nation of 1st Publication:**   United States

## Author _____

•   **Author:**   Rosie Colleen O'Neill
**Author Created:**   2-D artwork
**Work made for hire:**   No
**Citizen of:**   United States
**Year Born:**   1979

## Copyright Claimant _____

**Copyright Claimant:**   SUGARFINA, LLC
1611 Old Oak Road, Los Angeles, CA, 90049, United States
**Transfer statement:**   By written agreement

## Rights and Permissions _____

**Organization Name:**   Ocean Law
**Name:**   Paul D. Chancellor
**Email:**   pdc@oceanlawgroup.com
**Telephone:**   (805)368-4586
**Address:**   3463 Red Bluff Court
Simi Valley, CA 93063 United States

## Certification _____

**Name:**   Paul D. Chancellor
**Date:**   August 08, 2014

Page 1 of 2

**Registration #:**  VA0001963482
**Service Request #:**  1-1652095068

Ocean Law
Paul D. Chancellor
3463 Red Bluff Court
Simi Valley, CA 93063 United States











# EXHIBIT 3

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-963-483**

**Effective Date of Registration:**
August 08, 2014

---

## Title

**Title of Work:** Sugarfina Slider Box Open

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** November 22, 2013
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Rosie Colleen O'Neill
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1979

## Copyright Claimant

**Copyright Claimant:** SUGARFINA, LLC
1611 Old Oak Road, Los Angeles, CA, 90049, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Ocean Law
**Name:** Paul D. Chancellor
**Email:** pdc@oceanlawgroup.com
**Telephone:** (805)368-4586
**Address:** 3463 Red Bluff Court
Simi Valley, CA 93063 United States

## Certification

**Name:** Paul D. Chancellor
**Date:** August 08, 2014
**Applicant's Tracking Number:** OCR-14040

**Registration #:**   VA0001963483
**Service Request #:**   1-1652095108

Ocean Law
Paul D. Chancellor
3463 Red Bluff Court
Simi Valley, CA 93063 United States







# EXHIBIT 4

**BOUQUET BAR'S**
**ACCUSED PRODUCTS**

1. **The Shot**



2. **The Cocktail**



3.  **The Martini**



4.  **Love Rocks**



5. **<u>Love Box</u>**



**LOVE BOX**

$62.99

6. **<u>Love Box 1</u>**



**LOVE BOX 1**

$52.99

7. **Love Box 2**



LOVE BOX 2

$49.99

8. **Love Box 3**



LOVE BOX 3

$84.99

9. **<u>Love Box 4</u>**



**LOVE BOX 4**
$57.99

10. **<u>Thank You Box</u>**



**THANK YOU BOX**
$49.99

11. **<u>Thank You Box 5</u>**



THANK YOU BOX 5

$91.99

12. **<u>Sympathy Box</u>**



SYMPATHY BOX

$52.99

**13. <u>Sympathy Box 1</u>**



SYMPATHY BOX 1

$62.99

**14. <u>Sympathy Box 2</u>**



SYMPATHY BOX 2

$89.99

15. **<u>Birthday Box</u>**



**BIRTHDAY BOX**

$57.99

16. **<u>Birthday Box 3</u>**



**BIRTHDAY BOX 3**

$57.99

17. **Birthday Box 4**



**BIRTHDAY BOX 4**
$62.99

18. **Birthday Box 5**



**BIRTHDAY BOX 5**
$59.99

19. **Birthday Box 7**



BIRTHDAY BOX 7

$86.99

20. **Legends Box**



LEGENDS BOX

$59.99

**21. <u>Fit Box</u>**



FIT BOX

$59.99

**22. <u>My Girl</u>**



MY GIRL

$87.99

23. **Spa Box**



SPA BOX

$89.99

# EXHIBIT 5

## TRADE DRESS INFRINGEMENT











# EXHIBIT 6

## PATENT INFRINGEMENT

| *Sugarfina's Original Use* | *Bouquet Bar's Infringing Use* |
|:---:|:---:|

