JS-6

1
2
3
4
5
6
7
8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  SUGARFINA, INC., a Delaware           Case No.  8:18-cv-01305-CJC-DFM
    corporation,
12
                         Plaintiff,       **ORDER RE: STIPULATION FOR
13                                        DISMISSAL PURSUANT TO FRCP
    v.                                    41(a)(1)(A)(ii)**
14
    BOUQUET BAR, INC., a Delaware
15  corporation; BOUQUET BAR, LLC, a
    Wyoming limited liability company;
16  DAVID (DAOUD) YUSUF, an
    individual; ALEX AMIDI, an
17  individual; JEFFREY MATSEN, an
    individual; and SAL AZIZ, an
18  individual,

19                       Defendants.

20
    AND RELATED COUNTERCLAIMS.
21

22
23
24
25
26
27
28

The Parties having so stipulated and agreed, the above-referenced case is hereby dismissed in its entirety, including any and all claims and counterclaims brought by the Parties, with prejudice. Each Party will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  September 12, 2019

Cormac J. Carney
**United States District Court Judge**